**JENNER & BLOCK LLP**
Brent L. Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Christopher S. Lindsay (Cal. Bar No. 280525)
clindsay@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Defendants
Cresset Capital Management, LLC, *et al*.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Bank National Association,<br><br>Plaintiff,<br><br>v.<br><br>Cresset Capital Management, LLC, *et al*.,<br><br>Defendants. | Case No. 3:18-cv-05977-EMC<br><br>**DECLARATION OF DAVID SINGER IN SUPPORT OF JOINT STIPULATION EXTENDING TIME TO FILE RESPONSE TO AMENDED COMPLAINT AND COUNTERCLAIM** |

I, David Singer, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am a partner at the law firm of Jenner & Block LLP, attorneys of record for Defendants. I submit this declaration in support of the parties' Joint Stipulation Extending Time to File Response to Amended Complaint and Counterclaim. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. The parties are attempting to schedule private mediation for the purpose of potential settlement.

3. This Court previously extended Defendants' time to file a response to Plaintiff's First Amended Complaint to August 22 and set a simultaneous deadline for Defendants to file any counterclaims (Dkt. No. 79), then further extended those deadlines to September 20 (Dkt. No. 81).

4. The requested extension will not impact any other deadlines in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 20th day of September, 2019 at Los Angeles, California.

    /s/ David R. Singer

David R. Singer