**JENNER & BLOCK LLP**
Craig C. Martin
cmartin@jenner.com
(Admitted *pro hac vice*)
Sara Tonnies Horton
shorton@jenner.com
(Admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Brent L. Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Christopher S. Lindsay (Cal. Bar No. 280525)
clindsay@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Defendants
Cresset Capital Management, LLC, *et al*.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Bank National Association, | Case No. 3:18-cv-05977-EMC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| Cresset Capital Management, LLC, *et al*., | |
| Defendants. | |

Pursuant to this Court's October 1, 2019 order (Dkt. No. 85), the parties hereby submit this joint report:

The parties engaged in a mediation before the Hon. James S. Rosenbaum (Ret.) in Minneapolis, Minnesota on November 11. The parties were not able to resolve this case during their mediation, but have continued to discuss a potential framework for settlement. The parties look forward to discussing the case's progress and the proposed calendar (Dkt. No. 84) at the status conference on November 21.

Dated: November 14, 2019              /s/ David R. Singer
                                      **JENNER & BLOCK LLP**

                                      Craig C. Martin
                                      (Admitted *pro hac vice*)
                                      Sara Tonnies Horton
                                      (Admitted *pro hac vice*)

                                      Brent L. Caslin
                                      David R. Singer
                                      Christopher S. Lindsay

                                      Attorneys for Defendants


Dated: November 14, 2019              /s/ Edward B. Magarian
                                      **DORSEY & WHITNEY LLP**

                                      Edward B. Magarian
                                      (Admitted *pro hac vice*)
                                      Sam Bolstad
                                      (Admitted *pro hac vice*)

                                      Jessica Linehan

                                      Attorneys for Plaintiff

JOINT STATUS REPORT